Fill in this information to identify the case:

Debtor name: 3D Technology Services, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accu-Tech Corporation<br>11350 Old Rosell Road<br>Suite 100<br>Alpharetta, GA 30009 | | | | | | $134,371.53 |
| ADI<br>Avenida Palmira No 351<br>4to Piso Col<br>San Luis Potosi, Mexico 78295 | | | | | | $162,240.79 |
| American Express Co<br>AESC-P<br>20022 North 31st Ave<br>Mail Code AZ-08-03-11<br>Phoenix, AZ 85027 | | | | | | $216,229.93 |
| Anixter<br>2301 Patriot Blvd<br>Glenview, IL 60026 | | | | | | $487,124.24 |
| Bay Tint, Inc.<br>60 29th Street # 548<br>San Francisco, CA 94110 | | | | | | $118,456.00 |
| California Cut & Core, Inc<br>11358 Sunrise Gold Circle Ste A<br>Rancho Cordova, CA 95742 | | | | | | $144,965.25 |

Debtor **3D Technology Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197** | | | | | | **$265,022.13** |
| **Cardmember Service<br>PO Box 6294<br>Carol Stream, IL 60197** | | | | | | **$177,256.75** |
| **Current Technology Group<br>875 Pennsylvania Blvd Ste 5<br>Feasterville Trevose, PA 19053** | | | | | | **$207,375.01** |
| **Direct Current Systems<br>536 Huntington Way<br>Livermore, CA 94551** | | | | | | **$82,013.07** |
| **Diversified Network Cabling<br>2911 Livingston Drive<br>Pearland, TX 77581** | | | | | | **$145,740.33** |
| **Genetec Inc<br>2280 Alfred Nobel Blvd<br>Suite 400<br>Montreal QC Canada H4S2A4** | | | | | | **$90,469.77** |
| **Graybar Electric<br>2251 Harvard Ste<br>Suite 120<br>Sacramento, CA 95815** | | | | | | **$385,021.99** |
| **Gregory Roberts Jr aka OneShop LLC<br>42 Pond Street<br>Clifton, NJ 07013** | | | | | | **$106,135.00** |
| **Lenel S2 Honeywell Security Americas LLC<br>5624 Collections Center<br>Chicago, IL 60693** | | | | | | **$130,424.99** |
| **Quality Sound<br>2010 E. Fremont Street<br>Stockton, CA 95205** | | | | | | **$419,230.34** |

Debtor **3D Technology Services, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ScanSource Security<br>PO Box 730987<br>Dallas, TX 75373 | | | | | | $174,516.07 |
| Security Search & Consulting, Inc<br>370 N. Westlake Blvd<br>Thousand Oaks, CA 91362 | | | | | | $200,000.00 |
| United Healthcare<br>PO Box 94017<br>Palatine, IL 60094 | | | | | | $106,825.65 |
| Veteran Power Inc<br>2880 Gateway Oaks Dr., Ste 150<br>Sacramento, CA 95833 | | | | | | $322,470.00 |